UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES C. WILLIAMS                                CIVIL ACTION

VERSUS                                           NO: 12-2397

GUSMAN ET AL.                                    SECTION: "J"(4)

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff, James C. Williams', ("Williams") Motion for Preliminary Injunction (Rec. Doc. No. 5) is **DENIED as moot.**

**IT IS FURTHER ORDERED** that Williams' 42 U.S.C. § 1983 complaint against the defendants, Orleans Parish Sheriff Marlin Gusman, OPP Medical Director Dr. Gore, and the Orleans Parish Prison, is **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 25th day of March, 2013.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE